UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HECTOR RODRIGUEZ RAMIREZ, | NO. C14-718-JCC-JPD |
| Petitioner, | |
| v. | REPORT AND RECOMMENDATION |
| NATHALIE R. ASHER, et al., | |
| Respondents. | |

Petitioner is a native and citizen of Mexico, who has been detained at the Northwest Detention Center in Tacoma since September 26, 2013. *See* Dkt. 1. Through counsel, petitioner filed a habeas corpus petition pursuant to 28 U.S.C. § 2241, asking the Court to direct that he be provided with an individualized bond hearing. *Id.* The Court directed that respondents be served and that respondents file a return as provided in 28 U.S.C. § 2243, explaining why the Court should not grant the petition. Dkt. 2.

In lieu of filing a return, the parties have filed a joint stipulation asking the Court to order the Executive Office for Immigration Review ("EIOR") to hold a bond hearing for petitioner under 8 U.S.C. § 1226(a) no later than thirty (30) days from the date the Court grants their stipulation. Dkt. 9. The parties further stipulate that upon entry of the Court's order, this

REPORT AND RECOMMENDATION - 1


matter should be voluntarily dismissed without prejudice and without costs or fees to either party. *Id.*

Based on the parties' stipulation, the Court recommends entering an Order (1) granting the parties' joint stipulation, Dkt. 9; (2) ordering EOIR to hold a bond hearing for petitioner under 8 U.S.C. § 1226(a) no later than thirty (30) days from the date the Court adopts this Report and Recommendation; and (3) voluntarily dismissing this action without prejudice and without costs or fees to either party. A proposed order accompanies this Report and Recommendation.

The Clerk should note the matter for June 6, 2014, as ready for the Honorable John C. Coughenour's consideration.

DATED this 6th day of June, 2014.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2