THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HECTOR JAVIER RODRIGUEZ RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>NATHALIE ASHER, et al.,<br><br>Respondents. | CASE NO. C14-0718-JCC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. The Court GRANTS the parties' joint stipulation. (Dkt. 9.)

3. The Court ORDERS the Executive Office for Immigration Review to hold a bond hearing for petitioner under 8 U.S.C. § 1226(a) no later than thirty (30) days from the date of this order.

4. The action is voluntarily DISMISSED without prejudice and without costs or fees to either party.

5. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

ORDER
PAGE - 1

1 DATED this 11th day of June 2014.

2

3

4

5

6

7
John C. Coughenour
8 UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2